UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MATTHEW A. HOLM, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-CV-2086 |
| | ) |
| BUNNY'S OF URBANA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

A Report and Recommendation (#14) was filed by the Magistrate Judge in the above cause on August 13, 2013. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#14) is accepted by this court.

(2) The Motion to Remand (#10) filed by Defendant Bunny's of Urbana is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 5th day of September, 2013

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE